THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EDWARD KUBA, JR., Defendant-Appellant.

(No. 60715;

First District (3rd Division)—April 17, 1975.

*Rehearing denied May 22, 1975.*

PER CURIAM.

Julius Lucius Echeles and Carolyn Jaffe, both of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Marcia B. Orr, Assistant State's Attorneys, of counsel), for the People.

The People of the State of Illinois, Plaintiff-Appellee, *v.* Eddie L. Pointer, Defendant-Appellant.

(No. 60148;

First District (1st Division)—April 21, 1975.